### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**THOMAS EL BEY CARLOS LAMON,**

      **Plaintiff,**

**v.**                                   **CASE NO.  3:20-cv-49-J-20PDB**

**J.J. LLOYD ET AL.,**

      **Defendants.**

_____/

### O R D E R

**THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 5). The Magistrate Judge recommended the case be dismissed for Plaintiff's failure to prosecute the case, and his failure to comply with a court Order.

No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judges Report and Recommendation (Dkt. 5) is adopted;

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute this case; and

3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this _8_ day of May, 2020.

_____
**HARVEY E. SCHLESINGER**
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale
Thomas El Bey Carlos Lamon, *Pro Se*